STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

08-13 c/w 08-3, 08-4, 08-5, 08-6, 08-7,
08-8, 08-12, 08-14, 08-15, 08-47

DR. JOE E. TURK

VERSUS

LOUISIANA RESTAURANT ASSOCIATION AND
SOUTHERN FLAIR SERVICES, L.L.C.

**********

ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 07-01388
HONORABLE JAMES L. BRADDOCK, JUDGE

**********

J. DAVID PAINTER

**********

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

AFFIRMED.

Charles S. McCowan, Jr.
M. Dwayne Johnson
Todd A. Rossi
Jennifer Jones Thomas
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for Third Party Defendants-Relators:
    Focus Healthcare Management, Inc.

Bray Williams
P.O. Box 15
Natchitoches, LA 71458
Counsel for Plaintiff-Respondent:
    Dr. Joe E. Turk

Stephen W. Glusman
P.O. Box 2711
Baton Rouge, LA 70821
Counsel for Defendants-Third Party Plaintiffs-Respondents:
    Louisiana Restaurant Association and Southern Flair Services, L.L.C.

**James A. Sutterfield**
**Scott T. Winstead**
**605 Poydras St., Ste. 2715**
**New Orleans, LA 70130**
**Counsel for Third Party Defendant-Third Party Plaintiff-Respondent:**
**Rehab Review, Inc.**

**Philip J Borne**
**601 Poydras St., Ste. 2300**
**New Orleans, LA 70130**
**Counsel for Third Party Defendant-Respondent:**
**Stratacare, Inc.**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed. Costs of this application are assessed to the Relator.

AFFIRMED.

1